UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:12-cr-547-T-30AEP

IESHIA JORDAN

## AMENDED FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the United States' Motion for an Amended Forfeiture Money Judgment (Doc. 35) in the amount of $343,336.58.

Being fully advised of the relevant facts, the Court hereby finds that the defendant obtained at least $343,336.58 in proceeds from the conspiracy to which she pled guilty in Count One.

The Court further finds that the original Forfeiture Money Judgment (Doc. 34) entered by the Court inaccurately reflects the joint and several liability of the defendant with Maurice Larry and Rashia Wilson. The defendant should be held jointly and severally liable with both Maurice Larry and Rashia Wilson for $223,523.00.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 35) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure,

the defendant shall be held liable for a forfeiture money judgment in the amount of $343,336.58. The defendant shall be held jointly and severally liable with Maurice Larry and Rashia Wilson up to $223,523.00. *See* Case No. 8:12-cr-552-T-30TGW.

It is FURTHER ORDERED that, upon entry of this Order, it shall become a final Order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 23rd day of May, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2012\12-cr-547 Amended Money Judgment 30.docx